# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>$128,320.00 in United States Currency,<br><br>  Defendant. | Case No. 3:19-cv-00572-MMD-CLB<br><br>ORDER |

This case stems from Plaintiff United States of America filing a civil complaint for forfeiture *in rem* against $128,320.00 in United States Currency ("Defendant Property") on September 13, 2019. (ECF No. 1.) The United States has already settled with two individuals who may most immediately claim interest in Defendant Property—Bradley McHugh and Julie Ann McHugh. (ECF Nos. 8, 9, 10, 11.) The United States subsequently sought and was granted entry of clerk's default against Defendant Property and all persons or entities who may claim an interest in Defendant Property. (ECF Nos. 12, 13.) Presently before the Court is the United States' motion for entry of default judgment of forfeiture against the same persons and entities, which was filed on February 25, 2020 ("Motion"). (ECF No. 14.) The Motion is accompanied by a proposed order of default judgment of forfeiture and final judgment of forfeiture, which details that the United States has satisfied the requisite requirements to obtain default judgment here. (ECF No. 14-2.) There has been no response to the Motion to date.

In light of the lack of any response to the Motion and because the government has settled with the most likely claimants to Defendant Property, the Court will grant the Motion pursuant to Local Rule 7-2(d) and adopt the proposed order. *See* LR 7-2(d) (providing that "failure of an opposing party to file points and authorities in response to any motion, except

///

a motion under Fed. R. Civ. P. 56 or a motion for attorney[s'] fees, constitutes a consent to the granting of the motion").

It is therefore ordered that the United States' motion for default judgment (ECF No. 14) is granted and the Court adopts the accompanying proposed order (ECF No. 14-2).

It is further ordered that the Clerk of the Court enter default judgment of forfeiture against all persons or entities who may claim an interest in Defendant Property.

It is further ordered that the Clerk enter final judgment of forfeiture in favor of the United States and against Defendant Property, Bradley McHugh, Julie Ann McHugh, and all other persons and entities who may claim an interest in Defendant Property.

The Clerk is directed to enter final judgment pursuant to this and the signed proposed order, which should be attached hereto, and close this case.

DATED THIS 26th day of March 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE